**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case: 1:26-mj-000114 |
|  | ) | Assigned To: Judge Upadhyaya, Moxila A. |
| **v.** | ) | Assign. Date: 7/15/2026 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) |  |
| **MOISES CRUZ ANDRADE** | ) |  |
|  | ) | **UNDER SEAL** |
| *Defendant.* | ) |  |
|  | ) |  |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Jeremiah Johnson, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I submit this affidavit in support of a criminal complaint charging Moises Andrade with violations of 18 U.S.C. § 1591(a)(1), (b)(2) (Sex Trafficking of Children), 18 U.S.C. § 1594(a) (Attempted Sex Trafficking of Children), 18 U.S.C. § 2422(a), (b) (Coercion and Enticement), and 18 U.S.C. § 2251(a), (e) (Attempted Sexual Exploitation of Children).

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**PROBABLE CAUSE**

4.      On February 3, 2026, Witness 1 (W1) reported to the Metropolitan Police Department of the District of Columbia that her ex-boyfriend, Moises Cruz **ANDRADE**, had exchanged sexually explicit messages over WhatsApp with her 15-year-old daughter (herein Minor Victim 1 or MV1) and tried to pay MV1 to have sex with him. W1 stated that she had taken screenshots of some of **ANDRADE's** messages to MV1 and provided those screenshots to law enforcement, discussed further below.

5.      On March 9, 2026, MV1 was forensically interviewed at the D.C. Children's Advocacy Center. MV1 stated that she has known **ANDRADE** since she was between "seven and nine years old," when he began dating her mother. MV1 reported that she did not interact much with **ANDRADE** when he was dating her mother, but he would sometimes pick her and her brother up from school. However, when MV1 went to a "mental hospital" in October 2025, **ANDRADE** came to visit her with her mother.[1] After MV1 left the hospital, **ANDRADE** started messaging her, telling her that he hoped she got better. About two weeks later, MV1 posted a public photograph of herself on WhatsApp, and **ANDRADE** told her that she was pretty, that he liked her, and that he wanted to see more.

6.      MV1 stated that she exchanged messages with **ANDRADE** on WhatsApp during November and December 2025. During this time, MV1 was living in Washington, D.C. and **ANDRADE** resided in Maryland. In the messages, **ANDRADE** told MV1 that he would pay her if she came to his house and had sex with him. **ANDRADE** also told MV1 that he had friends who would similarly pay her to have sex with them. MV1 stated that she never went to **ANDRADE's**

---

[1] MV1's mother reported that she and ANDRADE had been broken up for approximately a year at this point. MV1's mother also reported that MV1 had been hospitalized on October 12, 2025, for "depression and paranoia."

house and explained to the interviewer that she was just "playing along" because she wanted money and did not know what to say.

7.    **ANDRADE** also told MV1 that he would pay her if she sent him pictures of her body. MV1 reported that she sent **ANDRADE** videos of herself in which she was wearing only her underwear. **ANDRADE** asked MV1 to send him videos of herself without underwear, but MV1 did not think she did so, or if she did, it was only once. **ANDRADE** told MV1 that he would pay her cash for the videos and photos, but he never met up with her or paid her any money. **ANDRADE** also sent MV1 photographs of his naked penis, but she did not remember the details of the messages when he did that. MV1 stated that she had deleted the videos and photos that she had sent **ANDRADE.**

8.    MV1 recounted that **ANDRADE** would also Facetime her. On the calls, he asked MV1 to show him her "private parts," but she refused to do so. **ANDRADE** also wanted to show MV1 his "private parts" during the calls, but MV1 told him that she did not want him to do that and she did not think he did so.

9.    The forensic interviewer showed MV1 screenshots of the WhatsApp messages that W1 had provided to law enforcement, and MV1 confirmed that they were messages she had exchanged with **ANDRADE.** The messages showed the screen name "Moises" and had a profile picture of **ANDRADE**. MV1 recounted that **ANDRADE** would tell her to delete the WhatsApp messages so that her mother would not see them, and she obeyed. MV1 explained that the WhatsApp messages that her mother saw were exchanged with **ANDRADE** after the last time that he had instructed her to delete their messages.

10.    MV1 explained that when she first exchanged messages with **ANDRADE**, she did not think it was wrong because she would just talk to him when she was bored. Later, she realized

that she should stop talking to him, but she did not know how to do so and was scared he might show the photos and videos that she had sent him to her mother.

11.     MV1 recounted that W1 had learned about the messages with **ANDRADE** after MV1 had tried to leave the house without permission. W1 took MV1's phone and saw the messages. MV1 explained that she was scared to tell W1 about **ANDRADE,** but she was also scared to stop talking to **ANDRADE** because of the photos and videos of her that he had on his phone.

12.     W1 provided law enforcement with 30 screenshots of the WhatsApp messages between MV1 and **ANDRADE.** A few of the messages are reproduced below. The messages include time stamps but no date markers and do not appear to be arranged in chronological order. The messages were in Spanish but have been translated into English.

13.     In the messages, **ANDRADE** requests sexually explicit pictures from MV1 multiple times:

**Screenshot A**

MV1:        I can't take a picture of myself
ANDRADE:   Okay that's fine. Okay
MV1:        Yeah baby. But I'm really wet right now
ANDRADE:   Put your finger in and pull it out and take a picture
MV1:        Ummmm
ANDRADE:   Yeah
            Yeah
MV1:        I'm really tight, it's tough to put my finger in now.
             I'll try to do it baby

**Screenshot B**

ANDRADE:   Take off your bloomers[2] and take a photo hella splits my dear
MV1:        Umm. I don't know
ANDRADE:   Please

---

[2] **ANDRADE** used the Spanish word 'blumer,' which your affiant is aware can also be translated to 'panties.'

> My love
> I want to put my little dove[3] inside you
> How can we do it

**Screenshot C**

| | |
|---|---|
| MV1: | Okayyy |
| ANDRADE: | My hottie. Touch my coochie to see if its wet |
| MV1: | It's very wet |
| ANDRADE: | Yeah put your finger in and take a photo |
| MV1: | I can't take a photo of myself |
| ANDRADE: | Okay that's fine |

14.    In the messages, ANDRADE also discussed paying MV1 to have sex with him:

**Screenshot D**

| | |
|---|---|
| ANDRADE: | But the problem is you can't go far from your home |
| MV1: | Yeah my mom isn't letting me |
| ANDRADE: | Yes, and because there are cameras in your home and in the building |
| | And the problem is that your mom has your location and we can't delete it |
| | I could bring you to my room and I'll do it to you several times and I'll give you more $$$ |
| | What do you say |
| MV1: | Yeah, I can turn it off for a little while |
| | But I'm scared that she'll ask me where I am |

**Screenshot E**

| | |
|---|---|
| MV1: | If you know anybody else who wants to pay, tell me |
| | It's just that I need money |
| ANDRADE: | I want you just for me |

15.    Throughout the messages, **ANDRADE** advised MV1 on how to avoid being caught by W1, instructing her to turn off the location tracking on her phone and to talk to him "in English so that your mom doesn't find out." **ANDRADE** acknowledged that MV1 was a minor, stating, "But I want you to trust me and become mine, yes I will wait until you are legally an adult so that you can come with me and you can have anything you want and you will not lack anything, okay love, but I want you to take care of yourself."

---

[3] **ANDRADE** used the Spanish word 'palomita,' which your affiant is aware can also be a slang term for penis.

16. In the provided screenshots, the only picture sent by MV1 that can be seen is a selfie of MV1's face and cleavage area. **ANDRADE** also sent MV1 a picture of himself lying in bed with his shirt off. **ANDRADE'**s face is clearly visible and matches the photo on his Maryland state-issued driver's license.

17. On December 3, 2025, W1 conducted a recorded phone call with **ANDRADE** after discovering the messages. W1 told **ANDRADE** that she had found the messages and accused him of "messing with my daughter." **ANDRADE** stated that he was "just chatting" and that he had not "done anything."

18. W1 stated that **ANDRADE's** phone number and WhatsApp account number is ████████. On March 11, 2026, law enforcement served a subpoena on Meta for the WhatsApp account associated with the phone number ████████. In response, Meta provided basic subscriber information, but there was no attributable user information in the account. Meta did provide information that the user of the account was using an Apple iPhone 14 Plus.

19. On March 11, 2026, a subpoena was served on Apple for any account associated with the phone number ████████. In response, Apple provided the following accounts:

- ████████████, Name: Moises Andrade
- ██████████████, Name: Moises Andrade
- ██████████████, Name: Moises Andrade

20. **ANDRADE's** Maryland driver's permit lists his residence as ████████████████.

21. On June 9, 2026, the United States District Court for the District of Columbia issued a prospective and historical cell location data search warrant to Verizon for ████████. Verizon confirmed that the subscriber of this number was Moises Andrade. Law enforcement

began receiving location data for this phone number on June 10, 2026. The initial data provided no location information. Law enforcement later learned that **ANDRADE** was outside the United States at that time.

22.    On June 21, 2026, **ANDRADE** returned to the United States and law enforcement began receiving location data for the phone number. Beginning on June 21, 2026, the location data for **ANDRADE**'s phone number consistently showed that **ANDRADE** was near ███████ ██████████████████ during the evening and early morning hours, consistent with him residing at the location.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that MOISES CRUZ **ANDRADE**  committed violations of 18 U.S.C. § 1591(a)(1), (b)(2) (Sex Trafficking of Children), 18 U.S.C. § 1594 (Attempted Sex Trafficking of Children), 18 U.S.C. § 2422(a), (b) (Coercion and Enticement), and 18 U.S.C. § 2251(a), (e) (Attempted Sexual Exploitation of Children) between on or about October 12, 2025, and December 3, 2025.

_____
Jeremiah Johnson
Detective (D1-1262)
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) on the 15th of July 2026.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE